USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1537 KEVIN M. CASTRO, Plaintiff, Appellant, v. UNITED STATES DEPT. OF HOUSING & URBAN DEVELOPMENT, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Kevin M. Castro on brief pro se. _______________ Jean A. Boulanger and Capaldi & Boulanger on brief for appellee __________________ ____________________ Coventry Housing Authority. Marc DeSisto, Kathleen M. Powers and DeSisto Law Offices on brief ____________ __________________ ___________________ for appellee Barry Yeaw, in his capacity as Treasurer of the Town of Coventry. ____________________ November 7, 1996 ____________________ Per Curiam. Having reviewed the parties' briefs, __________ we summarily affirm the judgment below on the ground that appellant has made no developed argument for reversal. We add that the individual police officers who arrested appellant were never made parties to the instant lawsuit, and that the Town of Coventry may not be held liable under 42 U.S.C. 1983 on a theory of respondeat superior. See Monell __________ ________ ___ ______ v. New York City Dep't of Soc. Servs., 436 U.S. 658, 691 _____________________________________ (1978). In addition, based on his filings below, it appears as if the only damages appellant sought were punitive damages. Such damages are not available under 42 U.S.C.  1983 against either the Town or the Coventry Housing Authority. See City of Newport v. Fact Concerts, Inc., 453 ___ ________________ ____________________ U.S. 247, 271 (1981); Adler v Lincoln Housing Authority, 623 _____ _________________________ A.2d 20, 21 n.1 (R.I. 1993). Affirmed. See Loc. R. 27.1. _________ ___ -2-